IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s)

vs

    Case No. 3:10cr183

**AMARNATH TRICHY**

    Judge Walter Herbert Rice

    Defendant(s).

**ORDER**

Upon request of defendant and for good cause shown, it is hereby ORDERED that defendant is deferred from reporting to a Bureau of Prisons Facility until on or after March 1, 2012.

The United States Marshal Service is to seek a new designation and report time.

**WALTER HERBERT RICE, JUDGE**
**UNITED STATES DISTRICT COURT**