**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA,**
:
    Plaintiff(s)
:
vs                                          Case No. 3:10cr183
:
**AMARNATH TRICHY**              Judge Walter Herbert Rice
:
    Defendant(s).

**ORDER**

Upon request of defendant and for good cause shown, it is hereby ORDERED that defendant is deferred from reporting to a Bureau of Prisons Facility until on or after September 1, 2012.

The United States Marshal Service is to seek a new designation and report time.

                                                         s/ Walter H. Rice
                                         **WALTER HERBERT RICE, JUDGE**
                                         **UNITED STATES DISTRICT COURT**