IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s)

vs        Case No. 3:10-cr-183(1)

**AMARNATH TRICHY**    Judge Walter Herbert Rice

    Defendant(s).

---

## ORDER

---

The United States Marshal Service is to seek a designation and report time for Amarnath Trichy.

**WALTER HERBERT RICE, JUDGE**
**UNITED STATES DISTRICT COURT**